UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>v.<br><br>ALFREDO LOPEZ MARTINEZ,<br><br>                          Defendant. | Case No.: 3:11-cr-05788-JAH<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR RECONSIDERATION**<br><br>**(ECF No. 47).** |

Pending before the Court is Defendant Alfredo Lopez Martinez's ("Mr. Lopez Martinez"), *pro se* Motion for Reconsideration. ("Mot.", ECF No. 47). Mr. Lopez Martinez seeks reconsideration of the Court's order denying his motion for Compassionate Release on the basis of administrative exhaustion.

On December 12, 2019, Defendant pled guilty to Counts 1 and 2 of the indictment charging him with Possession of Marijuana with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1), and with Failure to Appear for Court in violation of 18 U.S.C. § 3146(a)(1). (Plea Agreement, ECF No. 22). On July 27, 2020, this Court sentenced Mr. Lopez Martinez to 46 months in custody, followed by a term of four years of supervised release. (Judgment, ECF No. 43). Thereafter, Mr. Lopez Martinez filed a motion for compassionate release based on the purported risks posed to him by the ongoing COVID-

19 pandemic in light of his health issues. (ECF No. 44). The Court denied the motion based upon Mr. Lopez Martinez's failure to fully exhaust his administrative remedies. (ECF No. 45). The instant motion asserts the request for compassionate release is now ripe for determination on the merits.

Mr. Lopez Martinez was released from custodial confinement on June 24, 2022,[1] accordingly, his motion for compassionate release is **denied as moot**. *See Murphy v. Hunt*, 455 U.S. 478, 481 (1982) ("[A] case becomes moot when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome." (internal citations and quotations omitted)); *see also United States v. Villalobos-Torres*, Case No.: 18-cr-03243-JAH, 2022 WL 2541279 (S.D. Cal. Jul. 7, 2022); *United States v. Sanchez*, No. 16-CR-2077-BEN, 2021 WL 5999764 (S.D. Cal. Dec. 17, 2021). Notwithstanding the motion's mootness, even upon consideration of the merits of the instant matter, Mr. Lopez Martinez's motion is unavailing, as his self-reported high BMI, high blood pressure, and his status as a "former/current smoker" does not support his request for compassionate release. *See United States v. Poutua*, No. 3:16-cr-00875-JAH-8, ECF No. 4 (S.D. Cal. Apr. 27, 2016) (finding that a high BMI is not an extraordinary and compelling basis for compassionate release); *Villalobos-Torres*, No. 3:18-cr-03243-JAH, ECF No. 76 (S.D. Cal. Jul. 7, 2022) (finding that a combination of a high BMI and hypertension is not an extraordinary and compelling basis for compassionate release); *see also United States v. Ocon*, 3:13-cr-2530- JAH, ECF No. 71 (S.D. Cal. Aug. 28, 2020) (denying compassionate

///
///
///

---

[1] Federal Bureau of Prisons, FIND AN INMATE, ://www.bop.gov/inmateloc/ (last visited October 27, 2023). The Court takes judicial notice of the BOP website and information contained therein. *See Gent v. CUNA Mut. Ins. Society*, 611 F.3d 79, 84 n.5 (1st Cir. 2010) (court may take judicial notice of the contents of federal agencies' websites that are not subject to reasonable dispute).

release motion for a 50-year-old inmate with hypertension and other medical conditions).

**IT IS SO ORDERED.**

DATED: October 30, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE